# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT
AUGUSTA DIV.

for the

Southern District of Georgia     2019 SEP 11 PM 4: 54

Statesboro Division

CLERK J. Hodge
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 6:06CR00026-16 |
| Ramon Antonio Kelly | ) |
| | ) USM No: 12991-021 |
| Date of Original Judgment: December 10, 2007 | ) |
| Date of Previous Amended Judgment: N/A | ) Charles W. Cook |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

Except as otherwise provided, all provisions of the judgment dated   December 10, 2007   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   9/11/2019

_____
*Judge's signature*

Effective Date:

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia